**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00634-CV

## IN RE MARTINIANO FLORES, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80171-06**

## ORDER
Before Justices Lang, Fillmore and Evans

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/  DAVID EVANS
    JUSTICE